**FILED**

Oct 19 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ jenniferm        DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorneys Suspended or Disbarred by the State Bar of California, | Case No.: **22 MC 1520** |
| | **Order to Show Cause** |

The Court has received notice that the following attorneys have been disbarred, suspended, or placed on the inactive list by the State Bar of California:

Involuntary Inactive Enrollment:

David Daniel Ribeiro (CA Bar# 077885)

Kenneth Neil Hamilton (CA Bar #222586)

James Bickford (CA Bar# 206437)

John H. Donboli (CA Bar# 205218)

Micah David Fargey (CA Bar# 240458)

Charles Thomas Marshall (CA Bar# 176091)

Daniel Albanil Adlong (CA Bar# 262301)

Larry Neal Ainbinder (CA Bar# 111031)

Ana Amodaj (CA Bar# 308419)

1   Michael G. Arkin (CA Bar# 137830)

2   Courtney Devon Armstrong (CA Bar# 189828)

3   Hunter Ling Auyang (CA Bar# 140006)

4   Michael John Avenatti (CA Bar# 206929)

5   Glenn Frederick Baity (CA Bar# 180277)

6   Eli Jason Baker (CA Bar# 210824)

    Kenneth Eric Baker (CA Bar# 183510)

7   Sarah Elizabeth Barrows (CA Bar# 253278)

8   Jeremy Edward Beal (CA Bar# 192728)

9   James Todd Bennett (CA Bar# 113009)

10  Ross Harley Bergman (CA Bar# 130535)

11  Joshua Blake Bevitz (CA Bar# 221404)

12  Karen Hunter Bird (CA Bar# 119890)

13  Mathieu Gardner Blackston (CA Bar# 241540)

14  Carl Robert Boldt (CA Bar# 180136)

15  Timothy Owen Brackney (CA Bar# 207671)

16  David Michael Brahms (CA Bar# 150155)

17  Teresa Marie Brantley (CA Bar# 158424)

18  Mark Alan Brifman (CA Bar# 075923)

19  Kathryn Howe Britton (CA Bar# 087481)

20  Jeffrey Ronald Brodey (CA Bar# 041831)

    Kelly Marie Brown (CA Bar# 149339)

21  Lamar Bevan Brown (CA Bar# 093280)

22  James Joseph Brustman (CA Bar# 047523)

23  Christopher Shane Buckley (CA Bar# 232413)

24  Patrick Daley Calhoun (CA Bar# 056671)

25  William David Campagne (CA Bar# 111372)

26  Kevin Alan Carey (CA Bar# 139500)

27  Melanie Diane Carver (CA Bar# 145093)

28  Christopher Charles Cayce (CA Bar#114033)

1    Carolyn Chan (CA Bar# 147978)
2    Nicholas Poli Chan (CA Bar# 286925)
3    Richard Allen Chapo (CA Bar# 160433)
4    Carla Jean Christofferson (CA Bar# 161111)
5    Donald Gene Cline (CA Bar# 042604)
6    Jeffrey Ralph Cluett (CA Bar# 200327)
7    Martyn Lee Collins (CA Bar# 196275)
8    Tammy Lynn Conrad (CA Bar# 163700)
9    Gerloni Sharieff Cotton (CA Bar# 310868)
10   John Marshall Cowden (CA Bar# 224963)
11   Susan A. Crabtree (CA Bar# 117007)
     Nora Catherine Cregan (CA Bar# 157263)
12   Hal Davis Cunningham (CA Bar# 243048)
13   Michael Paul Cutler (CA Bar# 270663)
14   James Brockton Damrell (CA Bar# 201859)
15   Nors Elwood Davidson (CA Bar# 220397)
16   Harold Henry Davis (CA Bar# 235552)
17   Phillip Allen Davis (CA Bar# 110430)
18   David Jeremy Decker (CA Bar# 168621)
19   George Louis DelaFlor (CA Bar# 112488)
20   Marc Jason Derewetzky (CA Bar# 130944)
21   Steven Darin DeSalvo (CA Bar# 199904)
22   Sidney Diamond (CA Bar# 032850)
23   Susan Catherine Diamond (CA Bar# 161669)
24   Michele Ann Dias (CA Bar# 221678)
25   Denise Lissette Diaz (CA Bar# 159516)
26   Stephen James Dimeff (CA Bar# 032462)
27   Warren Blaine Diven (CA Bar# 070651)
28   David Henry Dolkas (CA Bar# 111080)
     James Edward Doroshow (CA Bar# 112920)

Irving Morley Drucker (CA Bar# 029505)

Frank V. Drummond (CA Bar# 244443)

Craig William Duford (CA Bar# 305823)

Frank Patrick Duncan (CA Bar# 025865)

Fentress Geoffrey Dunham (CA Bar# 076288)

Kenley Charles Dygert (CA Bar# 287573)

Alyson Jean Dykes (CA Bar# 319835)

Mark Philip Edelman (CA Bar# 156862)

Judith Ann Ellis (CA Bar# 206973)

Matthew James Erausquin (CA Bar# 255217)

Christopher Robert Farnsworth (CA Bar# 286992)

John Farrell Fay (CA Bar# 080020)

John Conrad Feely (CA Bar# 290803)

Peter Michael Ferguson (CA Bar#141344)

Jackie P. Ferrari (CA Bar# 276560)

Lawrence Stuart Frankel (CA Bar# 034977)

Brian Lynn Frary (CA Bar# 145515)

Robert Louis Freeman (CA Bar# 061179)

Richard John Frick (CA Bar# 050537)

Alan Hugh Friedenthal (CA Bar# 122185)

Alan Victor Friedman (CA Bar# 040174)

Danielle Renee Fugere (CA Bar# 160873)

Nicole Elisabet Gage (CA Bar# 208658)

Loren Vernon Gallagher (CA Bar# 108319)

Alexander S. Gareeb (CA Bar# 207473)

Peter Burr Gelblum (CA Bar# 102695)

Ned Morrison Gelhaar (CA Bar# 163185)

Noel C. Gillespie (CA Bar# 220541)

Tara Jill Gillman (CA Bar# 243077)

Thomas Edmond Glynn (CA Bar# 223429)

4

1   Robert David Goldschein (CA Bar# 093865)

2   Jason Michael Gonder (CA Bar# 257522)

3   Richard Eric Gottlieb (CA Bar# 289370)

4   Eugene Robert Grace (CA Bar# 032151)

5   Ryan Augustine Graham (CA Bar# 310186)

6   David Martin Gray (CA Bar# 116772)

7   John Allen Greaves (CA Bar# 173336)

    David Paul Greenberg (CA Bar# 123570)
8
    Arthur Greenspan (CA Bar# 150216)
9
    David Ryan Griffin (CA Bar# 076619)
10
    Danielle Marie Griffith (CA Bar# 219319)
11
    Robert Griscom (CA Bar# 157229)
12
    Olen-Keith Sartain Guiab (CA Bar# 273305)
13
    Allison Nicole Lantz (CA Bar# 241105)
14
    Leah Christensen Lively (CA Bar# 197636)
15
    Mara Lynn Pressman (CA Bar# 179735)
16
    Tania Schloss (CA Bar# 320417)
17
    Colleen Theresa Dorney Vogler (CA Bar# 190815)
18
    LaShon Harris (CA Bar# 257578)
19
    Charles Philip Rullman (CA Bar# 241772)
20
    Linda Darlene Lucero (CA Bar# 283081)
21

22

23  Suspension:

24  Elisabeth Meyer Kimmel (CA Bar# 149897)

25  Brett Deforest Maxfield (CA Bar#208161)

    Francisco Javier Aldana (CA Bar# 216388)
26
    John H. Donboli (CA Bar# 205218)
27
    Stephen Randolph Sweigart (CA Bar# 190067)
28
    Thomas Harry Peters (CA Bar# 163388)

1    Katrina L. Abel (CA Bar# 123443)

2    Ana Amodaj (CA Bar# 308419)

3    Aaron Alfred A. Aquino (CA Bar# 277167)

4    Courtney Devon Armstrong (CA Bar# 189828)

5    Phillip Ray Babb (CA Bar# 064969)

6    Amid Timothy Bahadori (CA Bar# 242351)

7    Kenneth Eric Baker (CA Bar# 183510)

8    David Mark Balabanian (CA Bar# 037368)

9    Daniel Francis Bamberg (CA Bar# 060499)

10   Diane Joan Beall (CA Bar# 086877)

11   Katharine Riley Bird (CA Bar# 179461)

11   Mathieu Gardner Blackston (CA Bar# 241540)

12   Ronald Alan Bragin (CA Bar# 065274)

13   David Michael Brahms (CA Bar# 150155)

14   Teresa Marie Brantley (CA Bar# 158424)

15   Lamar Bevan Brown (CA Bar# 093280)

16   William Louis Burnell (CA Bar# 060711)

17   Valerie Kim Cadigan (CA Bar# 137902)

18   Daniel Samuel Carlineo (CA Bar# 197889)

19   Daniel Maurice Chambers (CA Bar# 164826)

20   Carolyn Chan (CA Bar# 147978)

21   Nicholas Poli Chan (CA Bar# 286925)

22   Craig Peter Cherney (CA Bar# 185780)

23   Carla Jean Christofferson (CA Bar# 161111)

24   Michael Alan Churchill (CA Bar# 175472)

25   Michael Patrick Colter (CA Bar# 106838)

26   Sara Hope Compton (CA Bar# 272121)

27   Tracy Wei Costantino (CA Bar#192847)

28   Steven Joseph Cote (CA Bar# 108251)

     Geoffrey Michael Creighton (CA Bar# 114737)

1   Michael Paul Cutler (CA Bar# 270663)

2   Noushin Dehnadi (CA Bar# 208312)

3   George Louis DelaFlor (CA Bar# 112488)

4   Marc Jason Derewetzky (CA Bar# 130944)

5   Michele Ann Dias (CA Bar# 221678)

6   Tony Alan Discoe (CA Bar# 125973)

7   Jessica A. Diulio (CA Bar# 240575)

8   Warren Blaine Diven (CA Bar# 070651)

9   Tod Richard Dubow (CA Bar# 156678)

10   Craig William Duford (CA Bar# 305823)

    Fentress Geoffrey Dunham (CA Bar# 076288)

11   Alyson Jean Dykes (CA Bar# 319835)

12   Chantal Melissa Eldridge (CA Bar# 145433)

13   Robert P. Famularo (CA Bar# 086573)

14   Micah David Fargey (CA Bar# 240458)

15   John Conrad Feely (CA Bar# 290803)

16   Erika Joan Fernbach (CA Bar# 227801)

17   Nancy J. Ferrazza (CA Bar# 137569)

18   Patricia Ann Friedel (CA Bar# 136627)

19   Alan Victor Friedman (CA Bar# 040174)

20   Christina Beatrice Gamache (CA Bar# 165217)

21   Matthew John Gardner (CA Bar# 257556)

22   Noel C. Gillespie (CA Bar# 220541)

23   Thomas Edmond Glynn (CA Bar# 223429)

24   Peter Harry Goldsmith (CA Bar# 091294)

25   Lynn Renee Goodfellow (CA Bar# 174989)

26   Kathleen Theresa Governale (CA Bar# 185797)

27   Ryan Augustine Graham (CA Bar# 310186)

    John Allen Greaves (CA Bar# 173336)

28   David Paul Greenberg (CA Bar# 123570)

1   Joleen M. Grogan (CA Bar# 145784)

2   Christopher John Hall (CA Bar# 339366)

3   Kenneth Neil Hamilton (CA Bar# 222586)

4   Richard T. Handel (CA Bar# 111690)

5   David Jeffrey Hart (CA Bar# 248892)

6   Jennifer Brooke Healy (CA Bar# 140844)

    Kathryn Anna Heiberg (CA Bar# 097043)

7   Arthur Higbie Helmus Jr. (CA Bar# 159175)

8   John Joseph Hennelly (CA Bar# 137164)

9   Vanessa Ann Himelblau (CA Bar# 191214)

10  Laura McCarthy Hoalst (CA Bar# 101082)

11  Christopher Andrew Hohn (CA Bar# 271759)

12  Thomas Eugene Hookano (CA Bar# 052477)

13  Richard Bradshaw Hudson (CA Bar# 140883)

14  Nicole Kulenic Hudspeth (CA Bar# 228034)

15  Matthew John Hult (CA Bar# 197137)

16  Greta Turner Hutton (CA Bar# 103079)

17  Sheila Anil Jambekar (CA Bar# 239101)

18  Frank James Janecek Jr. (CA Bar# 156306)

19  Alison Erika Jarbo (CA Bar# 258194)

20  Donald Gustaf Johnson Jr. (CA Bar# 066323)

21  Jeremy Michael Joseph (CA Bar# 258772)

    David L. Kagel (CA Bar# 058961)

22  William Douglas Katz (CA Bar# 143854)

23  William Graham Kelsberg (CA Bar# 143541)

24  Donald Parker Kennedy (CA Bar# 252102)

25  Kimberly Ann Kennedy (CA Bar# 305499)

26  Baber Ali Khan (CA Bar# 295846)

27  Brian Matthew Koide (CA Bar# 191852)

28  Dave Boncheun Koo (CA Bar# 204537)

1   Theodore Van Meter Kreps (CA Bar# 145400)

2   Thomas Allan Kritzik (CA Bar# 201723)

3   Francesca M. Lanpher (CA Bar# 299318)

4   Eileen Moran Lazar (CA Bar# 123594)

5   Martin Trent Lee (CA Bar# 130160)

6   Laura Kathleen Legge (CA Bar# 143220)

7   Tracey Sloane Lesetar (CA Bar# 258576)

    Sam X. Li (CA Bar# 247478)

8   Huan-Yi Lin (CA Bar# 220304)

9   Kathryn Ann Lincoln (CA Bar#153054)

10  Lee Albert Linderman (CA Bar#280743)

11  Lee G. Lipscomb (CA Bar# 059674)

12  Kevin Hugh Logan (CA Bar# 242206)

13  Jonathan Steven Longino (CA Bar# 273936)

14  Mayant Luk (CA Bar# 328717)

15  Georgiy Borisovich Lyudyno (CA Bar# 268380)

16  Michelle Howard MacKenzie (CA Bar# 184505)

17  Sonali Deeksha Maitra (CA Bar# # 254896)

18  Alejandro Nicholas Mayorkas (CA Bar# 122447)

19  Patrick Benson McAllister (CA Bar# 188367)

    Fraser Angus McAlpine (CA Bar# 248554)

20  Philip Michael McKenney (CA Bar# 185798)

21  Randall Robert McKinnon (CA Bar# 097723)

22  Joseph P. McMullin (CA Bar# 270577)

23  Rian Aric McMurtry (CA Bar# 199703)

24  Margie Strode Milliken (CA Bar#112426)

25  John Barnaby Missing (CA Bar#106044)

26  William Robert Morris (CA Bar# 057850)

27  Raymond David Mortier (CA Bar# 163120)

28  Vanessa Rae Negrete (CA Bar# 239689)

1  Michael Andrew Newman (CA Bar# 174823)

2  Mark Richard Nims (CA Bar# 091571)

3  Ryon M. Nixon (CA Bar# 295150)

4  Deborah Stephens Nordstrom (CA Bar# 126098)

5  Stephen Peter Oggel (CA Bar# 047033)

6  William Dean Olcott (CA Bar# 134125)

7  Alfredo Ortega (CA Bar# 261961)

   Kayla Emerson Page (CA Bar# 291996)
8
   Anthony John Palmer (CA Bar# 167821)
9
   Kadmiel Elias Perez (CA Bar# 318719)
10
   Darci Marie Poloni (CA Bar# 185178)
11
   Jenelle Christine Prins (CA Bar# 171316)
12
   Michael Powers Pulliam (CA Bar# 215435)
13
   James Howard Pyle (CA Bar# 224121)
14
   David Anthony Radovich (CA Bar# 134013)
15
   Tamarra Terese Rennick (CA Bar# 156743)
16
   Bruce Vail Rorty (CA Bar# 126278)
17
   Joshua James Rosen (CA Bar# 250578)
18
   Michael Vivek Sachdev (CA Bar# 245971)
19
   Rajeev K. Sachdev (CA Bar# 268230)
20
   Eugene Paul Sands (CA Bar# 171504)
21
   Amy Moffett Sausser (CA Bar# 166413)
22
   Douglas Arthur Schenck (CA Bar# 200699)
23
   Shahrzad Shariati (CA Bar# 318975)
24
   Stephanie L. Slattery (CA Bar# 167589)
25
   Beryl Slavov (CA Bar# 202984)
26
   John David Smith (CA Bar# 169649)
27
   William Harold Songer (CA Bar# 153733)
28
   Jayme Breanna Staten (CA Bar# 317034)

   Sacha Marie Steenhoek (CA Bar# 253743)

Karl Michael Steins (CA Bar# 179418)

Sean Destry Stephens (CA Bar# 149690)

Fredric William Stern (CA Bar# 156631)

Thomas James Syta (CA Bar# 116286)

Victoria L. Tallman (CA Bar# 273252)

Robert Lynn Tamietti (CA Bar# 121106)

Robert William Tennent (CA Bar# 217038)

Anne Marie Terra (CA Bar# 174263)

Max Baba Twine (CA Bar# 296128)

Lindsey B. Wagner (CA Bar# 309808)

Edward Alan Walls (CA Bar# 199221)

Winifred Margaret Whitaker (CA Bar# 165159)

Mariette Jeanne Wilkinson (CA Bar# 130524)

Dylan E. McLeod Williams (CA Bar# 316722)

David Ta-Wei Yang (CA Bar# 198556)

Siho Yoo (CA Bar# 311202)

Awbrey A. Yost (CA Bar# 313819)

Bruce Cameron Young (CA Bar# 161842)

Stephen Craig Young (CA Bar# 211682)

Ray Robert Zado (CA Bar# 208501)

Lucie Ann Zeeman (CA Bar# 114141)

Bryan McKeldin Ziegler (CA Bar# 234435)

Mark Alan Brifman (CA Bar# 075923)

Patrick Francis O'Connor (CA Bar# 057923)

Chad Thomas Pratt (CA Bar#149746)

Larry Jim Sidiropoulos (CA Bar# 183393)

Jeffrey Bryan Smith (CA Bar# 150095)

Disbarment:

Amid Timothy Bahadori (CA Bar#242351)

David Thomson Egli (CA Bar# 093776)

Thomas Vincent Girardi (CA Bar# 036603)

Mindy Gay Kennedy-Alvarez (CA Bar# 218509)

Melissa F. Mack (CA Bar# 206250)

David Mathias Nisson (CA Bar# 109075)

Keefe Erik Roberts (CA Bar# 212643)


Pursuant to Civil Local Rule 83.3(c)(1)(a), only attorneys who are active members in good standing of the State Bar of California may be admitted to and continue membership in the bar of this Court.

Therefore, pursuant to Civil Local Rule 2.2(d), the Court hereby orders the listed attorneys to show cause in writing, within thirty (30) days of the service of this order, why they should not be suspended or disbarred from practicing in this Court. If an attorney opposes the imposition of discipline, a written response must establish one or more of the following:

(i)     the procedure in the other jurisdiction was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process;

(ii)    there was such an infirmity of proof establishing the misconduct as to give rise to a clear conviction that the Court should not accept as final the other jurisdiction's conclusion(s) on that subject;

(iii)   imposition of like discipline would result in a grave injustice; or

(iv)    other substantial reasons exist so as to justify not accepting the other jurisdiction's conclusion(s).

CivLR 2.2(d). In addition, at the time the response is filed, the attorney must produce a certified copy of the entire record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice. Id.

1     The Clerk of the Court is directed to serve a copy of this order by mail upon each of
2  the listed attorneys at the address indicated in this Court's attorney maintenance records.
3
4     **IT IS SO ORDERED.**
5
6  Dated:   10-5-22
7                                                **Hon. Dana M. Sabraw, Chief Judge**
                                                  United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28